
FILED
JAN 13 2017
Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WALKSALONG, JR.,<br><br>Defendant. | CR 16-56-BLG-SPW<br><br>ORDER |

On January 13th, 2017, the Court held a hearing on the Petition for Action on Conditions of Pretrial Release. (Doc. 33). The Defendant admitted to the violations contained in the Petition. Accordingly, the Court finds by clear and convincing evidence the defendant has violated a condition of his release. 18 U.S.C. § 3148(b)(1)(B). The Court further finds, for the reasons stated on the record, the Defendant is unlikely to abide by any condition or combination of conditions of release. 18 U.S.C. § 3148(b)(2)(B). Accordingly,

IT IS HEREBY ORDERED that the Defendant's pre-sentencing release is revoked and the Defendant is remanded to the custody of the United States Marshall pending sentencing.

1

DATED this 13th day of January, 2017.

*/s/ Susan P. Watters*
SUSAN P. WATTERS
United States District Judge